# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID ROBERT WEST**  **PLAINTIFF**
**ADC #165254**

**V.**  **CASE NO. 4:21-cv-00016 JM**

**ASHLEY P. SULLIVAN, Parole**  **DEFENDANTS**
**Officer,** *et al.*

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 15th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE